OPINION — AG — THE APPROPRIATION OF $100,000 CONTAINED IN SECT. 6 OF SENATE BILL NO. 384 MAY NOT BE USED FOR ANY SUCH PURPOSE, BUT MAY BE USED ONLY FOR THE PURPOSE OF ACQUIRING THE FEE SIMPLE TITLE TO THE LANDS " NOW KNOWN AS TURNER FALLS PARK " (THE TITLE TO THE LANDS TO BE ACQUIRED UNDER SAID ACT, AND AS TO WHETHER NOR NOT THE CITY OF DAVIS CAN CONVEY GOOD TITLE TO SUCH LANDS, TOWNSHIP TO CONVEY LAND) CITE: 74 O.S. 357.11 [74-357.11] (JAMES C. HARKIN)